# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-14-00678-CR
NO. 03-14-00679-CR

**Ex parte Leslie Parker Jones**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT
NOS. D-1-DC-08-303025 & D-1-DC-08-303026,
THE HONORABLE DAVID CRAIN, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant Leslie Parker Jones has filed motions to dismiss these appeals. We grant the motions and dismiss the appeals. *See* Tex. R. App. P. 42.2(a).

_____

Cindy Olson Bourland, Justice

Before Justices Puryear, Pemberton, and Bourland

Dismissed on Appellant's Motion

Filed: April 17, 2015

Do Not Publish